UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:                                                                                          CASE NO.: 2:21-bk-17411-SK
                                                                                                                    CHAPTER 13
ANDRE R. MOORE JR,
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE4, Mortgage Pass-Through Certificates, Series 2007-HE4 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**350 10TH AVENUE, SUITE 1000**
**SAN DIEGO, CA 92101**

    Robertson, Anschutz, Schneid & Crane LLP
    Authorized Agent for Secured Creditor
    350 10th Avenue, Suite 1000
    San Diego, CA 92101
    Telephone: 470-321-7112

    By: /s/Fanny Wan
        Fanny Wan
        Email: fwan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 18, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANDRE R. MOORE JR
5840 BRENTWOOD STREET
LOS ANGELES, CA 90003

And via electronic mail to:

WILKSLAW
3818 CRENSHAW BLVD # 445
LOS ANGELES, CA 90008

KATHY A DOCKERY (TR)
801 FIGUEROA STREET, SUITE 1850
LOS ANGELES, CA 90017

UNITED STATES TRUSTEE (LA)
915 WILSHIRE BLVD, SUITE 1850
LOS ANGELES, CA 90017

By: /s/ Is'mail Martin