# EXHIBIT 1

Misty D. Wilks, SBN 196327
WILKSLAW
3818 Crenshaw Boulevard, #4445
Los Angeles, CA 90008
323.540.4633|877.264.8779F
misty@wilkslawoffice.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
LOS ANGELES DIVISION

| | |
|---|---|
| IN RE ANDRE MOORE JR.<br><br>        Debtor, | Case No.: 2:21-bk-17411-SK<br><br>**NOTICE OF PENDENCY OF ACTION PURSUANT TO CCP § 405.20**<br>(***LIS PENDENS***) |

NOTICE IS HEREBY GIVEN that an action has been commenced in the United States Bankruptcy Court, Central District of California - Los Angeles Division in under case No. 2:21-bk-17411-SK, which concerns real property or affects the title or right of possession of real property. The known names of all parties are Debtor Andre Moore Jr., Successor Trustee of the Revocable Living Trust of Ethel Gibson, Western Progressive Trustees and Creditors PHH Mortgage Corporation and Wells Fargo Bank, National Association as Trustee for Morgan Stanley ABS

Page  1

**NOTICE OF PENDENCY OF ACTION PURSUANT TO CCP § 405.20 (*LIS PENDENS*)**

Capital I Inc. Trust 2007-HE4, Mortgage Pass Through Certificates, Series 2007-HE4 ("Wells Fargo").

The real property, comprising the subject matter of this action is certain real property located within the county of Los Angeles, 5840 Brentwood Street, Los Angeles, California 90003, Assessor's Parcel Number 6005-009-008. The mentioned parcel of real property is located within the State of California and is legally described as follows:

## Legal Description

THE LAND REFERRED TO HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES DESCRIBED AS FOLLOWS: LOT 38 OF PALM AND MONETA AVENUE TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 10, PAGE (S)153 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

DATED: September 15, 2022

_____
Misty D. Wilks
Attorney for Debtor Andre Moore

**PROOF OF SERVICE OF NOTICE OF PENDENCY OF ACTION (CCP 405.22)**

I am at all times herein mentioned over the age of eighteen years I am not a party to the within action or cause, and my current business address is 3818 Crenshaw Blvd., #445 Los Angeles, CA 90008

On September 15, 2022 I served a copy of the foregoing **NOTICE OF PENDENCY OF ACTION PURSUANT TO CCP § 405.20 (LIS PENDENS)** in this matter and effected service in the following manner:

**BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED:** I caused to be sealed and prepaid such envelope addressed as stated below, with certified fees thereon and return receipt requested, and caused it to be placed in the United States Postal Service.

An envelope was addressed to each addressee as follows:

| | |
|---|---|
| Fanny Wan<br>Authorized Agent for Wells Fargo<br>Robertson, Anschutz, Schneid & Crane LLP<br>350 10th Avenue, Suite 1000<br>San Diego, CA 92101 | CSC Lawyers Incorporating Service<br>Authorized Agent for<br>Western Progressive LLC & PHH Mortgage<br>2710 Gateway Oaks Dr St 150N<br>Sacramento, CA 95833 |
| PHH Mortgage Corporation<br>Bankruptcy Dept – P.O. Box 24605<br>West Palm Beach, FL 33416-4605 | Western Progressive, LLC<br>Northpark Town Center<br>1000 Abernathy Rd NE, Bldg 400, Suite 200<br>Altanta, GA 30328 |

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that I could competently testify thereto if called upon to do so.

Date:


Misty Wilks

Page 3

**NOTICE OF PENDENCY OF ACTION PURSUANT TO CCP § 405.20 (*LIS PENDENS*)**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| IN RE: | CASE NO: 2:21-bk-17411-SK |
|---|---|
| ANDRE R. MOORE JR | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 9/15/2022, I did cause a copy of the following documents, described below,

misty@wilkslawoffice.commisty@wilkslawoffice.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/15/2022

/s/ Misty Wilks
Misty Wilks  196327
MANUAL_ENTRY
WilksLaw
3818 Crenshaw Blvd, Suite 445
Los Angeles, CA  90008-1813
323 540 4633
mdwesq@gmail.com

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: <br><br> ANDRE R. MOORE JR | CASE NO: 2:21-bk-17411-SK <br><br> **CERTIFICATE OF SERVICE DECLARATION OF MAILING** <br><br> Chapter: 13 |

On 9/15/2022, a copy of the following documents, described below,

misty@wilkslawoffice.commisty@wilkslawoffice.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/15/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Misty Wilks
WilksLaw
3818 Crenshaw Blvd, Suite 445
Los Angeles, CA  90008-1813

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA UNITED STATES MAIL SERVICE. FOR EACH ADDRESS,
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVED" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CERTIFIED 7020 0090 0000 2886 6172 | CERTIFIED 7020 0090 0000 2886 6189 | CERTIFIED 7020 0090 0000 2886 6196 |
| FANNY WAN AGENT FOR WELLS FARGO<br>ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP<br>350 10TH AVENUE #1000<br>SAN DIEGO CA 92101 | WESTERN PROGRESSIVE LLC<br>NORTHPARK TOWN CENTER<br>1000 ABERNATHY RD NE, BLDG 400, SUITE 200<br>ATLANTA GA 30328 | CSC LAWYERS INCORP SERVICE<br>AUTHORIZED AGENT FOR WESTERN PROGRESSIVE & PHH MORTGAGE<br>2710 GATEWAY OAKS DRIVE ST 150N<br>SACRAMENTO FL 95833 |

CERTIFIED 7020 0090 0000 2886 6202

PHH MORTGAGE CORPORATION
BANKRUPTCY P.O. BOX 24605
WEST PALM BEACH FL 33416